SIMPSON, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by John W. Simpson against Grant Carpenter. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except BARTLETT, J., taking no part.

SINNOTT, Appellant, v. CROCHERON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Joseph F. Sinnott against Margaret Crocheron and another. No opinion. Motion denied.

SLINGERLAND, Respondent, v. BUCHHOLTZ, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by Jacob Slingerland against Emma Buchholtz. No opinion. Judgment unanimously affirmed, with costs.

SMIDT v. WOOD. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by Allan L. Smidt against May E. Wood. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

SMITH, Respondent, v. CITY OF JOHNSTOWN, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by George B. Smith against the city of Johnstown. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. REISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 21, 1902.) Action by James Smith against Benedict Reiss and Israel Liebman. No opinion. Judgment of the municipal court affirmed, with costs.

SMITH, Respondent, v. REISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by James Smith against Benedict Reiss and others. No opinion. Motion to discontinue granted, without costs.

SPINROLLER CO., Respondent, v. HOMER P. SNYDER MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the Spinroller Company against the Homer P. Snyder Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

STAATS et al., Respondents, v. STORM, et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by John Staats, as trustee, and others, against Sarah A. Storm and others. No opinion. Motion denied, with $10 costs.

STEEFEL et al. v. ROTHSCHILD. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Bernard L. Steefel and another against Jacob Rothschild. No opinion. Motion denied.

STEVENSON, Respondent, v. DAILY TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Charles A. Stevenson against the Daily Telegraph Company. A. English, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

STONE v. DEMAREST. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Charles H. Stone, as sole executor, against Samuel H. Demarest, as executor, etc. No opinion. Motion denied, with $10 costs.

STREETER, Appellant, v. SCOTT, Respondent. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by George C. Streeter against Florence E. Scott. No opinion. Judgment and order of the county court of Richmond county affirmed, with costs.

STUYVESANT v. EARLY. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Augustus V. Stuyvesant against Mary A. Early. No opinion. Motion denied, with $10 costs.

TANENBAUM v. GREENWALD et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Moses Tanenbaum against Henry D. Greenwald and another. No opinion. Motion granted.

THOMAS, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by James M. Thomas against George H. White and Bert E. Flagg. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Adele S. Thompson against La Mott Thompson and another. No opinion. Judgment and order affirmed, with costs.

THURBER, Respondent, v. PREFERRED ACC. INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Estella A. Thurber against the Preferred Accident Insurance Company. H. Harris, for appellant. H. E. Lee, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. All concur, except INGRAHAM, J., who dissents.

TOMNEY, Respondent, v. RANKERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Mary E. Tomney against George Rankert. No opinion. Judgment affirmed, with costs.

TRANTER, Respondent, v. WAKEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action

by Mary C. Tranter against John Wakeman. No opinion. Judgment of the municipal court affirmed, with costs.

TRIPP, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Merwin Tripp against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event, upon condition that within 10 days after service of a copy of this order the defendant make and file with the clerk of Onondaga county the stipulation to pay transportation of plaintiff's witnesses in accordance with the tender recited in the order appealed from. Under the circumstances of this case, the trial should be had in the county wherein the cause of action arose.

TUITE, Respondent, v. STATEN ISLAND M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Mary E. Tuite against the Staten Island Midland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

TUOMEY v. KINGSFORD. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by John P. Tuomey against Thomas P. Kingsford.

PER CURIAM. Motion to amend order denied. If the defendant desired to reply to the opposing affidavits on the motion, he should have asked leave of the special term to do so.

TYRREL, Appellant, v. SEAMAN'S BANK FOR SAVINGS, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Daniel Tyrrel against the Seaman's Bank for Savings, M. Schaap, for appellant. W. W. Thompson, for respondent. No opinion. Judgment and order affirmed, with costs.

VALENTINE, Appellant, v. COLLECTOR OF ASSESSMENTS, ETC., OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) In the matter of Henry C. Valentine against the collector of assessments, etc., of New York. W. A. Purrington, for appellant. J. M. Ward, for respondent. No opinion. Order affirmed, with $50 costs and disbursements.

VAN ETTEN, Respondent, v. VAN ETTEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Ida E. Van Etten against Charles H. Van Etten. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs.

VAN SUETENDAEL, Appellant, v. PASCH-KES, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Arthur Van Suetendael against Marcus Paschkes.

PER CURIAM. Order modified, by striking out the provision allowing the $10 costs to the defendant, and inserting a provision granting $10 costs of the motion to the plaintiff, and, as so modified, affirmed, without costs. All concur, except BARTLETT, J., who takes no part.

VON HAGEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Charles Von Hagen against the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. C. Robinson, for respondent. No opinion. Judgment and order affirmed, with costs.

WALKER, Respondent, v. MAXWELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Emma Walker against William H. Maxwell and others. No opinion. Motion granted, and order signed.

WALSH et al., Respondents, v. BROOKLYN UNION EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by John J. Walsh and another against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment modified, in accordance with opinion in Walsh v. Railroad Co. (Sup.) 74 N. Y. Supp. 1019, and, as modified, affirmed, with costs.

WARD, Respondent, v. VOORHIS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Christopher Ward against John R. Voorhis and others. T. Farley, for appellants. M. Hillquit, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of court below. 74 N. Y. Supp. 403.

WARE v. DOS PASSOS. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by William R. Ware against Isabel K. Dos Passos. No opinion. Motion denied, with $10 costs.

WATERTOWN CARRIAGE CO., Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by the Watertown Carriage Company against Edwin L. Hall. No opinion. Motion for reargument granted.

In re WATSON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the estate of Lucinda A. Watson, deceased. No opinion. Order affirmed, with $10 costs and disbursements to each of the respondents, upon the opinion of Surrogate CALDER in 73 N. Y. Supp. 1058.

In re WEBER'S WILL. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of the will of Joseph F. Weber, deceased.